UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALLAN MARTELL MANCIA,

Petitioner,

v.                                                          CAUSE NO. 3:26-CV-84-DRL-SJF

BRIAN ENGLISH,

Respondent.

<u>ORDER</u>

Immigration detainee Allan Martell Mancia, representing himself, filed a petition

for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully

confined in violation of the laws or Constitution of the United States. ECF 1. On

February 27, 2026, the Warden answered the petition, representing that Mr. Martell

Mancia's immigration proceedings had concluded and the government expected to

remove him to Honduras in the reasonably foreseeable future. ECF 6. Mr. Martell

Mancia did not file a reply to the petition, suggesting he might no longer be in

immigration custody. Consequently, the court will order a supplemental status report

as to Mr. Martell Mancia's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status

report by **June 22, 2026**.

SO ORDERED on June 12, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge