UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALLAN MARTELL MANCIA,

      Petitioner,

      v.                                  CAUSE NO. 3:26cv84 DRL-SJF

BRIAN ENGLISH,

      Respondent.

<u>ORDER</u>

The Warden filed a status report representing that Allan Martell Mancia was removed to Honduras. In a habeas petition, Mr. Martell Mancia challenged his detention under 28 U.S.C. § 2241 and sought his immediate release or to be given a bond hearing.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Mr. Martell Mancia's removal moots this case. The court can no longer grant relief because he has already been released from immigration detention.

For these reasons, the court DISMISSES the habeas petition [1] and DIRECTS the clerk to close this case.

SO ORDERED.

July 6, 2026                                *s/ Damon R. Leichty*
                                        Judge, United States District Court